In the Matter of the Estate of Rachel Gingolph, Deceased.
Benjamin Gingold, Appellant, v. Jerry Gingolph, Administrator, Appellee.

Gen. No. 53,952. 

First District, First Division.
February 2, 1970.

Francis J. Mahon, of Chicago, for appellant; Arthur Rosenblum and Richard Fredo, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.